# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 14-po-07008-MJW-01 |
| MATTHEW JOSEPH BARENBRUGGE | Brian Rowland Leedy, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to two Violation Notices.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Violation Number(s) |
|---|---|---|---|
| 36 C.F.R. § 4.23(a)(1) | Driving Under the Influence | 08/25/14 | 12/3578694 |
| 36 C.F.R. § 4.14(b) | Open Container in Vehicle | 08/25/14 | 12/3578697 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Nos. 12/3578695 and 12/3578696 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 30, 2015
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 30, 2015
Date

DEFENDANT: MATTHEW JOSEPH BARENBRUGGE
CASE NUMBER: 14-po-07008-MJW-01

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four (4) months per violation, each violation concurrently.

The court recommends that the Bureau of Prisons designate defendant to FCI Englewood, Littleton, Colorado, and that the defendant be awarded four (4) days presentence confinement.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons at noon within 15 days of designation, as notified by the Probation Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: MATTHEW JOSEPH BARENBRUGGE  
CASE NUMBER: 14-po-07008-MJW-01                                        Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Violations | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| 2 | $10.00 | $0.00 | $0.00 |
| **TOTALS** | **$20.00** | $0.00 | $0.00 |

DEFENDANT: MATTHEW JOSEPH BARENBRUGGE
CASE NUMBER: 14-po-07008-MJW-01

Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment is due and payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest