IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-po-07008-MJW-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW JOSEPH BARENBRUGGE

    Defendant.

---

**ORDER TO EXTEND VOLUNTARY SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

The Bureau of Prisons previously designated the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon on July 28, 2015. The Bureau of Prisons has been notified and changed his surrender date.

ACCORDINGLY,

IT IS ORDERED that Defendant, MATTHEW JOSEPH BARENBRUGGE, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to FCI Englewood, Satellite Camp (SCP), 9595 W. Quincy Avenue, Littleton, Colorado, at 12:00 noon on August 3, 2015, and will travel at his own expense.

DATED at Denver, Colorado, this 28th day of July, 2015.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge